IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY VILLAFRANCO,

        Petitioner,

   v.

CHARLES DANIELS, Warden,

        Respondent.

Civil No. 06-1717-AS

ORDER

ASHMANSKAS, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal of Habeas Corpus Petition (#14) is GRANTED.

    IT IS SO ORDERED.

    DATED this __17__ day of April, 2007.

                              /s/ Donald C. Ashmanskas
                              Donald C. Ashmanskas
                              United States Magistrate Judge

1 - ORDER -

2 - ORDER -                                   P:\Ashmanskas\06-1717villafranco0417order.wpd